# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Ryan D. Nelson, | ) |
|       Plaintiff, | ) **ORDER ADOPTING STIPULATION TO** |
| vs. | ) **AMEND SCHEDULING/DISCOVERY** |
| | ) **PLAN DEADLINES** |
| Prairie Petro-Chem Holdings, Ltd., and Fredneas Hein, individually, | ) |
| | ) Case No. 1:11-cv-030 |
|       Defendants. | ) |

On February 15, 2012, the parties filed a Stipulation to Extend Scheduling/Discovery Plan Deadlines. The court **ADOPTS** the parties' stipulation (Docket No. 37). The court's scheduling order of June 20, 2011, shall be amended as follows:

1. The parties shall have until March 16, 2012, to complete fact discovery and to file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:
   a. By the Plaintiff: March 23, 2012; and
   b. By the Defendants: April 20, 2012.

3. The parties shall have until May 4, 2012, to complete discovery depositions of expert witnesses.

4. The parties shall have until March 16, 2012, to move to amend pleadings to add claims for punitive damages.

**IT IS SO ORDERED.**

Dated this 16th day of February, 2012.

                                            */s/ Charles S. Miller, Jr.*
                                            Charles S. Miller, Jr., Magistrate Judge
                                            United States District Court